# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RESHONDA FIELDS § § Plaintiff, § § v. § § COMMISSIONER, SOCIAL SECURITY § ADMINISTRATION, § § Defendant. § | Case No. 2:17-cv-752-RWS-RSP |

## ORDER

Currently before the Court is the March 4, 2019 Report and Recommendation of the Magistrate Judge (Docket No. 24). Having considered the record *de novo* and no objections having been filed therein, the findings and conclusions of the Magistrate Judge are **ADOPTED** as those of the Court. Accordingly,

**IT IS ORDERED** that the decision of the Commissioner is affirmed and this action is **DISMISSED**.

**SIGNED** this 21st day of March, 2019.

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE